MICHAEL COSENTINO, SBN 83253
Attorney at Law
P.O. Box 129
Alameda, CA 94501

Telephone: (510) 523-4702
Facsimile:  (510) 747-1640

Attorney for the Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>KATHLEEN M. GLUCK,<br><br>   Defendant. | Case No. **11-cv-06558 NC**<br><br>**STIPULATION TO DISMISS CASE WITH PREJUDICE AND ORDER THEREON** |

   IT IS HEREBY STIPULATED by and between the Plaintiff, United States of America (Plaintiff, hereafter), and Defendant, KATHLEEN M. GLUCK (Defendant, hereafter), that this matter be **dismissed with prejudice**. The reason for this stipulation is that defendant has settled the case in full.

   IT IS HEREBY FURTHER STIPULATED that in accordance with the provisions of Title 28 U.S.C. Section 636(c) the parties hereby voluntarily waive their rights to proceed before a judge of the United States District Court and consent to have a United States magistrate judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  It is understood that any appeal from a judgment entered by a magistrate judge will be taken directly to the Ninth Circuit of the United States Court of Appeals in the same manner as an appeal from any other judgment of a District

```
 1 │ Court.
 2 │
 3 │ Dated:   3/26/12                          _____
 4 │                                           MICHAEL COSENTINO
 5 │                                           Counsel for the United States
 6 │ Dated:   March 22, 2012                   _____
 7 │                                           KATHLEEN M. GLUCK
 8 │                                           Defendant
   │        IT IS SO ORDERED.
 9 │
10 │ Dated: March 27, 2012                     _____
11 │                                           NATHANAEL M. COUSINS
   │                                           UNITED STATES MAGISTRATE JUDGE
```

2